[No. 18848-1-II.    Division Two.    May 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A. HAWKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 86-1-00220-5, David R. Draper, J., entered September 28, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 19012-5-II.    Division Two.    May 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE THORN RAY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00753-0, Edwin L. Poyfair, J., entered December 23, 1994. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 19355-8-II.    Division Two.    May 9, 1997.]

THE STATE OF WASHINGTON, ET AL., *Plaintiffs*, THE CITY OF PUYALLUP, *Respondent*, v. EDWARD COMENOUT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-06381-1, Vicki L. Hogan, J., entered March 17, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 19499-6-II.    Division Two.    May 9, 1997.]

EDWARD W. ZENKER, ET AL., *Appellants*, v. THE CITY OF PUYALLUP, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-00209-6, Donald H. Thompson, J., entered April 21, 1995. *Reversed* by unpublished opinion per Draper, J. Pro Tem., concurred in by Houghton, C.J., and Bridgewater, J.